The Hon. Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

TERRON L. THOMPSON JR.,

Defendant.

NO.   MJ24-734

**COMPLAINT**

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

**(Unlawful Possession of a Firearm)**

On or about November 8, 2024, in King County, within the Western District of Washington, TERRON L. THOMPSON JR., knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.   One count of *Robbery in the First Degree,* in the Superior Court of Washington for King County under case number 13-C-02162-1, on or about September 20, 2013; and

Complaint - 1
*United States v. Thompson*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ii. One count of *Residential Burglary,* in the Superior Court of Washington for King County, under case number 16-C-07972-1, on or about February 2, 2018.

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Taurus 9mm caliber pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

### (Possession of Fentanyl with Intent to Distribute)

On or about November 8, 2024, in King County, within the Western District of Washington, TERRON L. THOMPSON JR. did knowingly and intentionally possess, with the intent to distribute, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

And the complainant states that this Complaint is based on the following information:

I, **Anna M. Schmidt**, being first duly sworn on oath, depose and say:

### Affiant Background

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since January 31, 2021. I am currently assigned to the Seattle Field Office, in

Complaint - 2
*United States v. Thompson*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Seattle, Washington, where I am assigned to the ATF Violent Crime Task Force. In this capacity, I enforce federal criminal laws relating to the possession and trafficking of firearms. Prior to my employment with the ATF, I served as a police officer with the City of Madison Police Department in Madison, Wisconsin, from September 2014 until January 2021. I received formal training at the Madison Police Department Training Center. I also completed a 40-hour Undercover School. From February 2017 to February 2020, I worked with the Dane County Narcotics Task Force as an Undercover Police Officer. During this time, I participated in hundreds of operations, including controlled purchases, surveillance, and warrants. I received formal training from the Federal Law Enforcement Training Center in Glynco, Georgia, Criminal Investigators Training Program, which familiarized me with basic narcotic investigations, drug identification and detection, familiarization with United States narcotics laws, financial investigations and money laundering, identification and seizure of drug-related assets, organized crime investigations, physical and electronic surveillance, and undercover operations. In addition, I successfully completed a fourteen-week ATF Special Agent Basic Training course in Glynco, Georgia, which included comprehensive, formalized instruction in, among other things: firearms identification, firearms trafficking, arson and explosives, and tobacco and alcohol diversion.

3.      During my professional training and experience, I have both assisted in and conducted investigations into firearms and narcotic violations. I have participated in undercover operations, and in the execution of search warrants at locations associated with these individuals. During the execution of search warrants, I have participated in the recovery of evidence related to firearms and narcotic violations. Through this experience and training and based upon the experience of other Special Agents which has been relayed to me, I have become familiar with the modus operandi of narcotic dealers and

Complaint - 3
*United States v. Thompson*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

narcotic traffickers and illegal possessors of firearms and ammunition as enumerated herein.

4.     When this Affidavit refers to identification documents, either I or other agents involved in the investigation have reviewed the relevant driver license or similar records maintained by DOL or the equivalent agencies in other states.  When I refer to the criminal history of a subject, either I or other agents involved in the investigation have reviewed the available criminal history from state or federal agencies.  When I refer to beliefs or suspicions held by investigators, these beliefs or suspicions are based upon training and experience.

5.     When providing summaries of calls, text messages, events, and surveillance observations/operations, all the times listed are approximate.

6.     This affidavit is made based upon my personal knowledge, training, experience, and investigation, as well as upon information provided to me and my review of reports prepared by other law enforcement personnel. This Affidavit does not contain every fact known to me or learned through the course of this investigation. Instead, I have set forth only the facts that I believe are essential to establish a fair determination of probable cause.

### Summary of Probable Cause

7.     On November 8, 2024, uniformed officers from the Renton Police Department conducted surveillance to locate and arrest TERRON L. THOMPSON JR. based on an outstanding felony arrest warrant. At approximately 11:40 a.m., officers located THOMPSON in the area of the 14700 block of Bel-Red Road in Bellevue, Washington.

8.     Upon seeing the police, THOMPSON fled on foot. Officers told THOMPSON, "Police" and "Stop." As THOPMSON ran, officers observed THOMPSON reaching into the black sling bag he was wearing.

Complaint - 4
*United States v. Thompson*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



stensen (RentonPDWA.evidence.com) on 08 N

9.      Officers observed THOMPSON throw multiple items as he continued to flee down a ravine. THOMPSON was approximately 20 to 30 feet down the ravine when he was taken into custody by police.

10.     After the arrest, officers searched the area for items thrown by THOMPSON. Among other items, officers located a black Taurus pistol (Serial ABK998885), which was loaded with thirteen rounds, including one round in the chamber.

Complaint - 5
*United States v. Thompson*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



11.     Officers also located a metal tin containing small bags of suspect Alprazolam (commonly known as Xanax Bars).

//

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



Viewed by jcarstensen (RentonPDWA.evidence.com) on 13 Nov 2024

12.     Additionally, officers searched the black sling bag THOMPSON was wearing at the time of his arrest. Items located inside the bag included a small weight scale with a white powdery residue, numerous empty small plastic bags, and multiple small, clear, plastic bags containing a white powdery substance consistent with fentanyl. Of the thirteen bags containing a white powdery substance, three were tested. The substance inside each of the three bags tested positive for fentanyl.

//

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



Viewed by jcarstensen (RentonPDWA.evidence.com) on 12 Nov 2024

13.    Having reviewed the facts described above, and based on my training an experience, I believe that THOMPSON possessed the fentanyl powder with the intent to distribute this controlled substance to others.

14.    On November 19, 2024, ATF SA Arnold reviewed photographs of the above-mentioned firearm and ammunition. Based on SA Arnold's review of the photographs of the firearm and ammunition, and in conjunction with the research, knowledge, and experience of SA Arnold, he opined that the Taurus, Model G2C, 9mm caliber, pistol (Serial ABK998885) traveled in interstate and/or foreign commerce if it was received and/or possessed in the state of Washington.

Complaint - 8
*United States v. Thompson*

15.    I have reviewed THOMPSON'S criminal history and observed he has two felony convictions punishable by imprisonment for a term exceeding one year, each of which would federally prohibit him from possessing firearms. Those convictions are:

i.    One count of *Robbery in the First Degree*, in the Superior Court of Washington for King County under case number 13-C-02162-1, on or about September 20, 2013; and

ii.    One count of *Residential Burglary,* in the Superior Court of Washington for King County, under case number 16-C-07972-1, on or about February 2, 2018.

16.    A review of the Judgement in the 2013 (13-C-02162-1) case indicates THOMPSON was found guilty and was sentenced to 22 months imprisonment. The judgment further shows the defendant and his lawyer were present at sentencing, and it appears to reflect the defendant's signature.

17.    A review of the Judgement in the 2016 (16-C-07972-1) case indicates THOMPSON was found guilty and was sentenced to 51 months imprisonment. The judgment further shows the defendant and his lawyer were present at sentencing, and it appears to reflect the defendant's signature.

18.    Based on the above facts, I respectfully submit that there is probable cause to believe that TERRON L. THOMPSON JR. committed the aforementioned crimes.

//

//

//

Complaint - 9
*United States v. Thompson*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

19.    I am submitting this Affidavit and Application electronically in accordance with Local Criminal Rule 41(d)(3).

Anna M. Schmidt, Complainant
Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

The above-named agent provided a sworn statement to the truth of the foregoing Complaint and Affidavit by videoconference.  Based on the contents of this Affidavit, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 21st day of November 2024.

Brian A. Tsuchida
United States Magistrate Judge

Complaint - 10
*United States v. Thompson*