Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_December 4_ 20 _24_

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TERRON L. THOMPSON JR., Defendant. | NO. CR 24 - 226 RAJ **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about November 8, 2024, in King County, within the Western District of Washington, TERRON L. THOMPSON JR., knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i. *Robbery in the First Degree*, in the Superior Court of Washington for King County under case number 13-C-02162-1, on or about September 20, 2013; and

    ii. *Residential Burglary,* in the Superior Court of Washington for King County, under case number 16-C-07972-1, on or about February 2, 2018;

Indictment - 1
*United States v. Thompson*
USAO No. 2024R01283

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Taurus 9mm caliber pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### (Possession of Fentanyl with Intent to Distribute)

On or about November 8, 2024, in King County, within the Western District of Washington, TERRON L. THOMPSON JR. did knowingly and intentionally possess, with the intent to distribute, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1–2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, TERRON L. THOMPSON JR. shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in or used in the defendant's commission of the offense. Such property includes, but is not limited to:

    a.    a Taurus 9mm caliber pistol, and any associated ammunition.

Upon conviction of the offense alleged in Count 2, TERRON L. THOMPSON JR. shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to:

Indictment - 2
*United States v. Thompson*
USAO No. 2024R01283

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a. a Taurus 9mm caliber pistol, and any associated accessories and ammunition.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or,

e. has been commingled with other property which cannot be divided without difficulty,

//

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: yes

DATED: 12/4/2024

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TESSA M. GORMAN
United States Attorney

_____

TODD GREENBERG
Assistant United States Attorney

_____

STEPHEN HOBBS
Assistant United States Attorney

Indictment - 4
*United States v. Thompson*
USAO No. 2024R01283